Case 2:24-cv-00180-Z-BR    Document 3    Filed 08/21/24    Page 1 of 2    PageID 5

Notice: Copied Copy + Adress Change. To be include in case: 2:23cv1162. 08/14/2024.

2-24cv-180-z

AUG 21 2024 AM8:55
FILED - USDC - NDTX - AM

U.S. District Clerk, August 14th Wednesday of 2024 here in 12 central control Building #104 cell; 12EA 1 row 1 section A; Echo Pod; Ad Seg; Line 3, Level II. W.P. jr Bill Clements Unit located at 9601 Spur 591 Amarillo Texas 79107-9646 Amarillo City, Potter County, Northern District Amarillo Division. Regarding the Reply of safe prisons/Prea Program Manager Haley Boden. She Notified that my Affirmative Allegation of Sexual Asslt of TDCJ Co Mr. Cistizin L. Gonzalez prompted a criminal investigation. In that, I am certainly excluded from every effective discovery of substantial evidences where this investigation was not ran civil rightful. How is your verdict unsubstantrated? Clements Unit Law Library refuses to respond to my request of articles 11.07, 2254, section 1983 and Pro Se Parte Forms. May 7th of 2024 a day after receiving Safe prisons Findings I am viciously retaliated against by TDCJ Co Official Mr. Dustin L. Spaggiari who aggravatedly assaulted me with a slot tool and used chemical agents against me while in restraints and unagressive while naked in the shower. The Aggression And Hatered progresses with TDCJ official physical, mentally, verbal and denial of food services day room, outside recreation and decontamination protocol procedures of Lt Ramero, Sgt Lopez, Sgt Morrison Sgt Stephens Scottie, Sgt Mitchener, Sgt Mayo it the few at Co David White, Jerry Funk ect. Please Help Me. You will help many victims of these prejudice racists perverts from always escaping prosecution. Please Speak with me.

Lindsay Scott Stevens vs. Texas TDCJ officials
02154605.
Inmates / offenders.

215460 S Lindsay, Scott Stevens'ons; Sr. ect..
Bill Clements Unit
9601 spur 591
Amarillo, Texas 79107-9606

AMARILLO TX 791

19 AUG 2024 PM 2 L

FREEDOM
FOREVER USA

Legal Mail:

Notice

RECEIVED

AUG 21 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Clerk's Office.
205 S.E. 5th Ave, Room #133.
Amarillo, Texas 79101-1559.

79101-1559

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION