IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LINDSAY SCOTT STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>ADAM GONZALES, *et al.*,<br><br>    Defendants. | 2:24-CV-180-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case in part pursuant to 28 U.S.C. Section 1915(e)(2)(B). No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 12.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and the following claims are hereby **DISMISSED** with prejudice: (1) all claims against Defendants Bryan Collier, Adam Gonzales and William Romero; and (2) all claims against Defendant Daniel Pacheco. Plaintiff's claim for monetary damages against all remaining Defendants in their official capacities is **DISMISSED** for lack of subject-matter jurisdiction.

**SO ORDERED.**

August 25, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE