IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LINDSAY SCOTT STEVENS,

     Plaintiff,

v.

CRISTIAN GONZALEZ,

     Defendant.

2:24-CV-180-Z-BR

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge to Grant Defendant's Motion for Summary Judgment. ECF No. 29. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 29. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendants' Motion for Summary Judgment (ECF No. 28) is hereby **GRANTED**.

**SO ORDERED.**

April __2__, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE